IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C-14-5325 MMC |
| PACIFIC THOMAS CORPORATION, dba THOMAS CAPITAL, dba SAFE STORAGE, | Bankruptcy Case No. 14-54232 MEH |
| Debtor | **ORDER EXTENDING BRIEFING SCHEDULE** |

By notice filed July 20, 2015, the parties were given a briefing schedule for the instant appeal from a decision of the Bankruptcy Court. In particular, appellant Randall Whitney was directed to file his opening brief no later than August 18, 2015. The notice, however, was not sent to appellant's address of record.[1]

Under the circumstances, the Court hereby EXTENDS the briefing schedule, as follows:

1. No later than September 18, 2015, appellant shall file his opening brief, not to exceed twenty-five pages in length.

2. No later than October 9, 2015, appellee Kyle Everett shall file his brief, not to exceed twenty-five pages in length.

---

[1] Appellant's address of record consists of a post office box number and a street address. When the notice was sent to appellant, however, the post office box was inadvertently omitted, and, consequently, the notice was returned to the Court as undeliverable.

3.  No later than October 23, 2015, appellant shall file any reply brief, not to exceed fifteen pages in length.

**IT IS SO ORDERED.**

Dated:  August 20, 2015

MAXINE M. CHESNEY
United States District Judge