BUCHALTER NEMER
A Professional Corporation
  MIA S. BLACKLER (SBN: 188112)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: rizmirian@buchalter.com; mblackler@buchalter.com

Attorneys for Chapter 11 Trustee
KYLE EVERETT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| In re<br><br>PACIFIC THOMAS CORPORATION, dba PACIFIC THOMAS CAPITAL, dba SAFE STORAGE,<br><br>Debtor. | BK No. 14-54232 MEH<br>(formerly 12-46534)<br>Chapter 11 |
| RANDALL C.M. WHITNEY,<br><br>*Appellant*<br>Plaintiff,<br>vs.<br>KYLE EVERETT, CHAPTER 11 TRUSTEE<br><br>*Appellee*<br>Defendant. | Case No. 3:14-cv-05325-MMC<br><br>Chapter 11<br><br>[PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE KYLE EVERETT'S SECOND ADMINISTRATIVE REQUEST FOR EXTENSION OF TIME TO FILE RESPONDENT'S BRIEF<br><br>Judge: Honorable Maxine M. Chesney<br>Place: 450 Golden Gate<br>Courtroom 7 – 19th Floor<br>San Francisco, CA 94102 |

Before the Court is respondent's "Administrative Request for Extension of Time to File Respondent's Brief," filed January 12, 2016, which request respondent states is unopposed.

Good cause appearing, the Administrative Request is hereby GRANTED, and it is hereby ordered that the time for filing the respondent's brief shall be extended a total of seven (7) days, from ~~January 30~~ January 13, 2015, to and including January 20, 2016. The time for appellant to file his optional reply brief is also extended a corresponding seven (7) days, so that this optional reply brief, presently due ~~January 20, 2016, shall be due on January 27, 2016.~~ January 27, 2016, shall be due on February 3, 2016.

**IT IS SO ORDERED.**

DATED: January 13, 2016

_____
Hon. Maxine M. Chesney
United States District Court Judge