United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

PACIFIC THOMAS CORPORATION, dba THOMAS CAPITAL, dba SAFE STORAGE,

Debtor

_____/

No. C-14-5325 MMC

Bankruptcy Case No. 14-54232 MEH

**ORDER DIRECTING APPELLANT TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES, COURT'S STANDING ORDERS, AND COURT'S ORDER OF NOVEMBER 20, 2015**

On November 23, 2015, appellant electronically filed his Opening Brief in the above-titled bankruptcy appeal. Appellant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. Additionally, appellant has failed to comply with the Court's order of November 20, 2015, which order directed appellant to provide, along with a chambers copy of his opening brief, "a chambers copy of each document filed in the bankruptcy court that is referenced in [his] [opening] brief[ ]." (See Order, filed November 20, 2015, at 2:6-8.)

Appellant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7), the Court's Standing Orders, and the Courts' order of November 20, 2015, by immediately submitting a

chambers copy of the above-referenced documents.  Appellant is hereby advised that if he fails in the future to comply with the Court's orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  January 22, 2016

MAXINE M. CHESNEY
United States District Judge