IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PACIFIC THOMAS CORPORATION, dba PACIFIC THOMAS CAPITAL, dba SAFE STORAGE,<br><br>    Debtor. | No. CV-14-5325 MMC<br><br>Bankruptcy Case No. 14-45232 MEH<br><br>**JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The bankruptcy court's Order re Violation of the Automatic Stay is affirmed.

Dated: February 26, 2016                                   Susan Y. Soong, Clerk

*Tracy Lucero*

By: <u>Tracy Lucero</u>
<u>Deputy Clerk</u>